AO 10*
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walker, Susan R. | Middle District of Alabama | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

One Church Street
Room 501-B
Montgomery, Alabama

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Eckerd College, St. Petersburg, FL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U. S. Dept. of Education | Student Loan ▮▮▮ | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walker, Susan R.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. APCO Credit Union | A | Interest | J | T | | | | | |
| 2. Regions Savings Account | A | Interest | K | T | | | | | |
| 3. AbbVie Inc (ticker ABBV) | B | Dividend | L | T | | | | | |
| 4. Accenture Ltd Cl A (ticker ACN) | A | Dividend | L | T | | | | | |
| 5. Alphabet Inc (formerly Google Inc Class) (ticker GOOGL) | | None | K | T | | | | | |
| 6. Amazon.Com (ticker AMZN) | | None | K | T | | | | | |
| 7. Anheuser Busch Co. Inc. (ticker BUD) | A | Dividend | K | T | Buy (add'l) | 05/12/20 | J | | |
| 8. Apple Computer Inc (ticker AAPL) | A | Dividend | L | T | | | | | |
| 9. Bank Sweep Shares (Cash Deposits), Charles Schwab &Co Inc | A | Interest | L | T | | | | | |
| 10. Berkshire Hathaway Cl B (ticker BRKB) | | None | K | T | Buy (add'l) | 04/22/20 | K | | |
| 11. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 12. Carnival Corp (ticker CCL) | A | Dividend | | | Sold | 03/12/20 | J | | |
| 13. Caterpillar Inc. (ticker CAT) | A | Dividend | K | T | Buy (add'l) | 04/22/20 | J | | |
| 14. China Mobile Ltd Sp ADR (ticker CHL) | B | Dividend | K | T | | | | | |
| 15. Cisco Systems Inc. (ticker CSCO) | A | Dividend | J | T | | | | | |
| 16. Coca Cola Co. (ticker KO) | B | Dividend | K | T | Sold (part) | 10/09/20 | J | A | |
| 17. CVS Corp (ticker CVS) | A | Dividend | K | T | Buy (add'l) | 04/22/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walker, Susan R.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 06/12/20 | J | | |
| 19. Dominion Resources-Va (ticker D) | A | Dividend | K | T | Buy<br>(add'l) | 08/05/20 | J | | |
| 20. Exxon Mobil Corporation I (ticker XOM) | B | Dividend | J | T | | | | | |
| 21. Intel Corp (ticker INTC) | B | Dividend | K | T | | | | | |
| 22. Johnson & Johnson Com. (ticker JNJ) | B | Dividend | L | T | | | | | |
| 23. JP Morgan & Co Inc (ticker JPM) | A | Dividend | K | T | Buy<br>(add'l) | 04/22/20 | J | | |
| 24. | | | | | Buy<br>(add'l) | 06/12/20 | J | | |
| 25. JPMorgan Ultra-Short Income ET (ticker JPST) | A | Dividend | K | T | Buy<br>(add'l) | 05/12/20 | J | | |
| 26. Kroger Co. (ticker KR) | A | Dividend | | | Sold | 03/23/20 | K | B | |
| 27. Lowes Companies Inc (ticker LOW) | A | Dividend | K | T | Buy | 04/22/20 | K | | |
| 28. | | | | | Sold<br>(part) | 09/01/20 | J | C | |
| 29. Mcdonalds Corp. (ticker MCD) | A | Dividend | K | T | | | | | |
| 30. Microsoft Corp (ticker MSFT) | B | Dividend | L | T | Sold<br>(part) | 10/09/20 | K | D | |
| 31. Molson Coors Brewing Co C (ticker TAP) | A | Dividend | K | T | | | | | |
| 32. Novartis A G Spon ADRF (ticker NVS) | B | Dividend | K | T | | | | | |
| 33. Novo-Nordisk A/S ADR (ticker NVO) | A | Dividend | K | T | | | | | |
| 34. Nvidia Corp (ticker NVDA) | A | Dividend | K | T | Sold<br>(part) | 02/21/20 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Oracle Corporation (ticker ORCL) | A | Dividend | K | T | Sold (part) | 10/09/20 | J | C | |
| 36.  Pepsico Inc. (ticker PEP) | A | Dividend | K | T | | | | | |
| 37.  Pfizer Inc (ticker PFE) | A | Dividend | K | T | | | | | |
| 38.  Philip Morris Internation (ticker PM) | B | Dividend | K | T | | | | | |
| 39.  PIMCO Incm Cl D (ticker PONAX) | A | Dividend | J | T | | | | | |
| 40.  Schwab Value Advantage Money Market Fund (SWVXX) | A | Dividend | | | Sold | 01/16/20 | L | | |
| 41.  Southern Company (ticker SO) | B | Dividend | K | T | | | | | |
| 42.  Starbucks Corp (ticker SBUX) | A | Dividend | K | T | | | | | |
| 43.  Target (ticker TGT) | A | Dividend | K | T | Sold (part) | 10/09/20 | J | D | |
| 44.  TD Bank USA FDIC Insured Deposit ( ticker IDA12) | | None | J | T | | | | | |
| 45.  Union Pacific Corp (ticker UNP) | A | Dividend | K | T | Sold (part) | 10/09/20 | J | C | |
| 46.  Raytheon Tech. (RTX), formerly United Tech (UTX) | A | Dividend | | | Sold | 04/15/20 | K | C | |
| 47.  Carrier Global Corp (ticker CARR) | | None | | | Spinoff (from line 46) | 04/03/20 | J | | |
| 48. | | | | | Sold | 04/15/20 | J | | |
| 49.  Otis Worldwide Corp (ticker OTIS) | | None | | | Spinoff (from line 46) | 04/03/20 | J | | |
| 50. | | | | | Sold | 04/15/20 | J | A | |
| 51.  US Bancorp Del (ticker USB) | A | Dividend | K | T | Buy (add'l) | 04/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walker, Susan R.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | Buy (add'l) | 05/12/20 | J | | |
| 53. | Vanguard High Dividend (ticker VYM) | B | Dividend | K | T | Buy (add'l) | 06/12/20 | J | | |
| 54. | | | | | | Buy (add'l) | 08/05/20 | J | | |
| 55. | Vanguard ShortTerm Treasury In (ticker VGSH) | A | Dividend | L | T | Buy (add'l) | 05/12/20 | J | | |
| 56. | Verizon Communications (ticker VZ) | B | Dividend | K | T | Buy (add'l) | 04/22/20 | J | | |
| 57. | Visa (ticker V) | A | Dividend | L | T | | | | | |
| 58. | Wal-Mart Stores Inc. (ticker WMT) | A | Dividend | L | T | | | | | |
| 59. | Waste Management Inc. Del (ticker WM) | B | Dividend | L | T | Sold (part) | 10/09/20 | J | C | |
| 60. | Zoetis Inc | | None | K | T | Buy | 11/23/20 | K | | |
| 61. | 3M Co█████████ | A | Interest | K | T | Buy | 01/15/20 | K | | |
| 62. | Adobe Systems In 02/01/2020 4.75% ███████ | A | Interest | | | Matured | 02/01/20 | K | | |
| 63. | Alabama St REV 3/1/27 Callable Taxable ██████ | B | Interest | K | T | | | | | |
| 64. | Allied World Assurn Co Hldgs S Enior Note Callable ████████ | A | Interest | K | T | | | | | |
| 65. | Apple Inc 05/06/2021 2.85% ██████ ████ | A | Interest | K | T | | | | | |
| 66. | Apple Inc 08/04/2021 1.55% █████ █████ | A | Interest | K | T | | | | | |
| 67. | Bank Montreal Medium Term Sr Nts 01/25/2021 2% ████████ | A | Interest | | | Matured | 01/27/20 | K | | |
| 68. | Bk Nova Scotia Flt 2033F █████ ██████ | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walker, Susan R.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Bank of Montreal Note Index Linked KD | | None | K | T | Buy | 12/02/20 | K | | |
| 70. Bank West San Francisto Calif CD | | None | K | T | | | | | |
| 71. Barclays Bank | A | Interest | K | T | | | | | |
| 72. Berkshire Hathaway Inc Del 08/15/2021 3.75% | B | Interest | K | T | | | | | |
| 73. Bristol Myers Squibb | A | Interest | K | T | Buy | 08/05/20 | K | | |
| 74. Buckeye Partners Lp Sr Un | B | Interest | | | Matured | 11/02/20 | K | | |
| 75. Caterpillar Financial Svcs Corp Med Term Nts 05/15/2020 2.75% | A | Interest | | | Matured | 05/15/20 | K | | |
| 76. Chevron Corp | A | Interest | K | T | Buy | 11/23/20 | K | | |
| 77. Citibank N A Cd Cll Fx/Fl | A | Interest | J | T | | | | | |
| 78. Enerbank Usa Inc | A | Interest | K | T | Buy | 08/13/20 | K | | |
| 79. Exxon Mobil Corp 08/15/2021 8.625% | C | Interest | L | T | | | | | |
| 80. Federal Farm Credit | A | Interest | K | T | Buy | 08/13/20 | K | | |
| 81. Federal Home Ln 06/29/2020 1.75% | A | Interest | | | Matured | 03/29/20 | K | A | |
| 82. Goldman Sachs Bk Usa Ny C | A | Interest | | | Matured | 01/21/20 | K | | |
| 83. Goldman Sachs Group Inc U | A | Interest | K | T | | | | | |
| 84. Hewlett Packard Co Sr Uns | B | Interest | K | T | | | | | |
| 85. HSBC Bank Usa Na Cd Index | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Jefferson & Madison Cntys Ida█████ ████ | A | Interest | | | Matured | 03/01/20 | K | | |
| 87. Johnson & Johnson 05/15/2021 3.55% ████ | A | Interest | K | T | | | | | |
| 88. Jp Morgan Chase Bank Na Cd 0% ████ ████ | A | Interest | K | T | | | | | |
| 89. Jp Morgan Chase Bank Na Cd Qtr████ ████ | A | Interest | | | Matured | 07/17/20 | K | | |
| 90. Merck & Co., Inc ██████ | A | Interest | K | T | | | | | |
| 91. Microsoft Corp 08/08/2021 1.55% ████ | A | Interest | K | T | | | | | |
| 92. Old Republic Intl Corp Sr Glbl████ ████ | A | Interest | K | T | | | | | |
| 93. PENNSYLVANIA ST 5.85%30GO UTX DUE 7/15/30 TAXBL█████ | B | Interest | | | Matured | 07/15/20 | K | | |
| 94. Royal Bank Of Canada Sr Med Te Rm Note Index Lnkd 8/3/21 ██████ | | None | K | T | | | | | |
| 95. Sanofi S A 03/29/2021 4% █████ | B | Interest | K | T | | | | | |
| 96. Societe Gen Var 2033F████ ████ | A | Interest | K | T | | | | | |
| 97. The Home Depot ██████ | A | Interest | K | T | | | | | |
| 98. The Proctor & Gamble ████ ████ | A | Interest | K | T | Buy | 01/15/20 | K | | |
| 99. The Proctor & Gamble ██████ | A | Interest | K | T | | | | | |
| 100. Toyota Motor Credit ██████ | A | Interest | K | T | | | | | |
| 101. US TREASURY NT 1.375% DUE 10/31/20 ██████ | A | Interest | | | Matured | 11/02/20 | K | B | |
| 102. US Treasury NT ██████ | A | Interest | K | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  US TREASURY NT ▉ | A | Interest | K | T | Buy | 09/18/20 | K | | |
| 104.  US TREASURY NT ▉ | | None | L | T | Buy | 08/05/20 | K | | |
| 105.  US TREASURY NT ▉ | A | Interest | K | T | Buy | 09/18/20 | K | | |
| 106.  US Treasury NT ▉ | A | Interest | K | T | | | | | |
| 107.  WALMART INC. 3.125% DUE 06/23/21 ▉ | A | Interest | K | T | | | | | |
| 108.  WELLS FARGO BK N A 21CD FDIC INS DUE 09/08/21 ▉ | | None | K | T | | | | | |
| 109.  WELLS FARGO CD FDIC INS DUE 06/07/22 ▉ | | None | K | T | | | | | |
| 110.  401(k) Profit Sharing Plan (H) | | | | | | | | | |
| 111.  Stable Value (Wells Galliard) Cash Fund | A | Interest | K | T | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walker, Susan R.** | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 08/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan R. Walker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544